IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL BUTLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIV. ACT. NO. 2:18-cv-829-ECM ) |
| NIFCO KOREA USA, INC., and KOAM PREMIER STAFFING, LLC, | ) ) ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the joint stipulation for dismissal (doc. 23) filed on March 4, 2019, and for good cause, it is

ORDERED and ADJUDGED that this case be and is hereby DISMISSED with prejudice, each party to bear its own costs.  It is further

ORDERED that all pending deadlines are terminated and all pending motions are hereby DENIED as moot.

DONE this 18th day of April, 2019.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE